| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Edward C. Chen (SBN 312553)<br>Edward.Chen@edchenlaw.com<br><br>LAW OFFICES OF EDWARD C. CHEN<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614<br>Tel: (949) 287-4278<br><br>ATTORNEY(S) FOR:  Plaintiff HUGH NGUYEN | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HUGH NGUYEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>TESLA, INC., d/b/a/ TESLA MOTORS, INC., a Delaware corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:19-cv-01422<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiff HUGH NGUYEN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| All persons or entities who purchased or will purchase a used, preowned Tesla Model S or Model X vehicle, beginning from the date that Tesla placed these vehicles for sale and into the stream of commerce. | Membership in the putative classes. |

| July 23, 2019 | /s/ Edward C. Chen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff HUGH NGUYEN