POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Edward Chen, Esq. (SBN 312553)<br>Law Offices of Edward C. Chen<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614<br>TELEPHONE NO.: (949) 287-4278   FAX NO. *(Optional)*: (626) 385-6060<br>E-MAIL ADDRESS *(Optional)*: Edward.Chen@edchenlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff Hugh Nguyen | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC - C.D. CAL<br>STREET ADDRESS: United States District Court - Central District of CA<br>MAILING ADDRESS: 411 West 4th Street<br>CITY AND ZIP CODE: Santa Ana, 92701<br>BRANCH NAME: Southern Division - Ronald Reagan Federal Building | |
| PLAINTIFF/PETITIONER: HUGH NGUYEN<br>DEFENDANT/RESPONDENT: TESLA, INC. | CASE NUMBER:<br>8:19-cv-01422-JLS-JDE |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: See Attachment 2f

3. a. Party served *(specify name of party as shown on documents served)*:
      Tesla, Inc. d/b/a/ Tesla Motors Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Gabriela Sanchez - CT Corporation System - Person Authorized to Accept Service

4. Address where the party was served:
   818 West Seventh Street, Suite 930 Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/12/2019   (2) at *(time)*: 1:30pm
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: HUGH NGUYEN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TESLA, INC. | 8:19-cv-01422-JLS-JDE |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* Tesla, Inc. d/b/a/ Tesla Motors Inc.
    under the following Code of Civil Procedure section:
    ☑ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: Jimmy Lizama
  b. Address: One Legal - 194-Marin 1400 North McDowell Blvd. Ste 300 Petaluma, CA 94954
  c. Telephone number:
  d. **The fee** for service was: $ 80
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☑ employee ☐ independent contractor.
      (ii) Registration No.: 4553
      (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/17/2019

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ _____ (SIGNATURE)

**MC-025**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Nguyen v. Tesla | 8:19-cv-01422-JLS-JDE |

**ATTACHMENT** *(Number):* 2f

*(This Attachment may be used with any Judicial Council form.)*

Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton

Notice to Parties of Court-Directed ADR Program

Notice of Assignment to United States Judges

Certification and Notice of Interested Parties

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Edward C. Chen, 312553<br>Law Offices of Edward C. Chen<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614 | (714)642-908 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
411 West Fourth St
Santa Ana, CA 92701-4516

PLAINTIFF:
Hugh Nguyen, an individual

DEFENDANT:
Tesla, Inc. d/b/a Tesla Motors, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>8:19-cv-01422-JLS-JDE |
|---|---|---|---|---|

BY FA

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons, Civil Case Cover Sheet, Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton, Notice to Parties of Court-Directed ADR Program, Notice of Assignment to United States Judges, Certification and Notice of Interested Parties

2. Party Served: Tesla, Inc. d/b/a Tesla Motors, Inc.

3. Person Served: Gabriela Sanchez - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 08/12/2019    1:30PM

5. Address, City and State: 818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 80

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/14/2019 at Los Angeles, California.

Signature: _Jimmy Lizama_