Edward C. Chen (SBN 312553)
**LAW OFFICES OF EDWARD C. CHEN**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (949) 287-4278
Facsimile:  (626) 385-6060
Edward.Chen@edchenlaw.com

*Attorney for Plaintiff Hugh Nguyen and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH NGUYEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., d/b/a/ TESLA MOTORS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 8:19-CV-01422-JLS-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served**: August 12, 2019<br><br>**Current Response Date**: September 3, 2019<br><br>**New Response Date:** October 3, 2019 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 8-3, Plaintiff Hugh Nguyen and Defendant Tesla, Inc., by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on July 25, 2019, and served Defendant with the Complaint on August 12, 2019;

WHEREAS, under Federal Rule of Civil Procedure 12, Defendant's deadline to respond to the Complaint is September 3, 2019; and

WHEREAS, the parties have agreed that the deadline for Defendant to respond to the Complaint shall be extended by thirty (30) days from the current response date, to and including October 3, 2019, to provide Defendant with sufficient time to investigate the allegations, secure representation, and prepare its response;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Defendant's deadline to respond to the Complaint shall be extended by thirty (30) days from the current response date, to and including October 3, 2019.

Dated August 29, 2019              **LAW OFFICES OF EDWARD C. CHEN**

                                        By:    /s/ *Edward C. Chen*
                                                   Edward C. Chen (SBN 312533)
                                                   Attorney for Plaintiff Hugh Nguyen
                                                   and the Proposed Classes

Dated August 29, 2019              **TESLA, INC.**

                                        By:    /s/ *Candace Jackman*
                                                   Candace Jackman (SBN 267599)
                                                 Attorney for Defendant Tesla, Inc.

**ECF ATTESTATION**

I, Edward C. Chen, am the ECF user whose identification and password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).** In accordance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in and authorization of the filing of this document has been obtained from Candace Jackman, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for the Court is so ordered or for inspection upon request by a party.

Dated August 29, 2019                              By:   /s/ *Edward C. Chen*
                                                              Edward C. Chen