LEWIS BRISBOIS BISGAARD & SMITH LLP
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.gr@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
  E-Mail: Zourik.Zarifian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| HUGH NGUYEN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:19-CV-01422-JLS-JDE<br><br>**STIPULATION FOR A NEW DEADLINE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND FOR SETTING A BRIEFING SCHEDULE FOR TESLA, INC.'S ANTICIPATED MOTION RESPONDING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Concurrently filed with the [Proposed] Order |
|---|---|

4828-7852-5352.1

STIPULATED DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND
SETTING A BRIEFING SCHEDULE FOR TESLA'S RESPONSE

Defendant Tesla, Inc. ("Tesla") and plaintiff Hugh Nguyen, through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to stipulation of the parties, Tesla's response to Plaintiff's Class Action Complaint is due on October 3, 2019;

WHERAS, on September 23, 2019 the parties met and conferred pursuant to Central District Local Rule 7-3 regarding plaintiff's Class Action Complaint and Tesla's anticipated motion to dismiss and discussed this motion and the basis for same at length;

WHEREAS, in light of the issues discussed, Plaintiff has decided to amend his complaint both to address the issues Tesla intended to raise in its motion to dismiss and to add new plaintiffs;

IT IS HEREBY STIPULATED AND AGREED that the Court may enter an order setting the following schedule for the filing of Plaintiff's anticipated First Amended Complaint and deadlines for Tesla's response to same and potential motions:

(1) Tesla's current October 3, 2019 deadline to respond to Plaintiff's Class Action Complaint is continued as set forth below;

(2) Plaintiff may file a First Amended Complaint on or before November 4, 2019 (32 days after the parties prior stipulated October 3, 2019 deadline for Tesla to respond to the initial complaint, Dkt. 11);

(3) Tesla's response to Plaintiff's First Amended Complaint will be due on or before December 4, 2019;

(4) If Tesla's response to the First Amended Complaint is a motion, Plaintiff will have until January 3, 2020 to file an opposition to same;

(5) Tesla's reply in support of any motion it files as its responsive pleading will be due on January 17, 2020;

/ / /

/ / /

(6) The hearing on Tesla's motion will be set for January 31, 2020 at 10:30 a.m., or other date acceptable to the Court.

Respectfully submitted,

DATED: October 1, 2019    EDWARD C. CHEN
LAW OFFICES OF EDWARD C. CHEN


By: _____/s/ Edward C. Chen_____
Edward C. Chen
Attorneys for Plaintiff Hugh Nguyen

DATED: October 1, 2019    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ Eric Y. Kizirian_____
Eric Y. Kizirian
Michael K. Grimaldi
Zourik Zarifian
Attorneys for Defendant Tesla, Inc.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

The filing attorney hereby certifies that concurrence in the filing of this document has been obtained from each signatory in accordance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i).