**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-MAIL: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-MAIL: Michael.Grimaldi@lewisbrisbois.com
ZOURIK ZARIFIAN, SB# 306368
  E-MAIL: Zourik.Zarifian@lewisbrisbois.com
633 WEST 5TH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213.250.1800
FACSIMILE: 213.250.7900

ATTORNEYS FOR DEFENDANT TESLA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HUGH NGUYEN, TODD WOLVEN, IAN ELLWOOD, E'RIKA BROCK, INDIVIDUALS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 8:19-CV-01422-JLS-JDE<br><br>**DECLARATION OF JASJIT AHLUWALIA IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Concurrently filed with Tesla's Motion to Compel, Declaration of Victor Barclay; and Proposed Order<br><br>Date:     January 31, 2020<br>Time:    10:30 a.m.<br>Courtroom.:   10A |

4817-4066-6798.6                                                                                            8:19-cv-01422-JLS-JDE

DECLARATION OF JASJIT AHLUWALIA IN SUPPORT OF DEFENDANT TESLA, INC.'S
MOTION TO COMPEL ARBITRATION

I, Jasjit Ahluwalia, declare as follows:

1. I am a Software Engineering Manager at Tesla, Inc. ("Tesla"), where I have been employed for a little more than seven years. My job responsibilities consist of software development and database administration, including with respect to Salesforce. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. The exhibits referenced below and attached are records relating to plaintiffs in the above-referenced case and were obtained from Tesla's Salesforce database. Tesla uses Salesforce to record and organize information about its customers. Tesla's Salesforce records are generated at or near the time of the events they record, either by Tesla employees with personal knowledge of the events or by automated means in response to customer or Tesla actions. Tesla keeps the records in the course of the regularly-conducted activities of its business and creates the records as a regular part of those activities.

**Hugh Nguyen's Purchase and Agreement to Arbitrate**

3. On October 26, 2017, Mr. Nguyen placed an online order for a preowned 2014 Model S 60. Attached as **Exhibit 1** is a true and correct copy of Mr. Nguyen's "Used Vehicle Configuration," which shows the vehicle that Mr. Nguyen placed an online order for.

4. As a part of the online order process, on October 27, 2017, Tesla's "Motor Vehicle Purchase Agreement Pre Owned Terms and Conditions" was made available to Mr. Nguyen on his MyTesla Account. Attached as **Exhibit 2** is a true and correct copy of the "Motor Vehicle Purchase Agreement Pre Owned Terms and Conditions" that Mr. Nguyen agreed to when he placed the order and the Agreement that was placed into his online account. One of these terms/conditions is an "**Agreement to Arbitrate**... "any dispute arising out of or relating to any aspect of the relationship between us..."

5. On November 15, 2017, Tesla's records show Mr. Nguyen was again


1. provided his Motor Vehicle Purchase Agreement via email.

2. 6. On November 17, 2017 Mr. Nguyen executed his delivery documents. Attached as **Exhibit 3** is a true and correct copy of the final "Motor Vehicle Purchase Agreement," including Mr. Nguyen's signed "Delivery Declaration and Due Bill." Mr. Nguyen signed off on language in this Delivery Declaration stating that "By signing below, you agree that you have taken delivery of your models on or before 17 November 2017 and that you agree with your final motor vehicle purchase agreement which has been uploaded to and is available in your mytesla account." In **Exhibit 3** is the "Used Vehicle Configuration" stating the customer "accepted" on "10/27/17."

7. Tesla's Salesforce records do not show that Mr. Nguyen mailed to Tesla at the address provided in his Motor Vehicle Purchase Agreement a request to Opt Out of the Arbitration Agreement.

### E'rika Brock's Purchase and Agreement to Arbitrate

8. On October 28, 2017, Ms. Brock placed an online order for a preowned 2013 Model S 85. As a part of the online order process, on October 28, 2017, Tesla's "Terms and Conditions" was made available to Ms. Brock on her MyTesla Account. Attached as **Exhibit 4** is a true and correct copy of the "Terms and Conditions" that Ms. Brock agreed to when she placed the order and the Agreement that was placed into her online account.

9. On October 28, 2017, Ms. Brock signed a "Motor Vehicle Purchase Agreement" that includes the "Agreement to Arbitrate," which was done as part of her "Delivery Checklist" paperwork. Attached as **Exhibit 5** is a true and correct copy of Ms. Brock's "Delivery Checklist" paperwork, including her signed "Motor Vehicle Purchase Agreement." Also included in **Exhibit 5** is a true and correct copy of Ms. Brock's "Used Vehicle Configuration," which shows the vehicle that Ms. Brock placed an online order for.

10. Tesla's Salesforce records do not show that Ms. Brock mailed to

Tesla at the address provided in her Motor Vehicle Purchase Agreement a request to Opt Out of the Arbitration Agreement.

### Todd Wolven's Purchase and Agreement to Arbitrate

11. On June 28, 2019, Mr. Wolven placed an online order for a preowned 2015 Model S P85D. Attached as **Exhibit 6** is a true and correct copy of Mr. Wolven "Vehicle Configuration," which shows the vehicle that Mr. Wolven placed an online order for. The "Vehicle Configuration" also states the order was placed "with electronically accepted terms."

12. As a part of the online order process, on June 28, 2019 Tesla's "Model S Order Agreement Used Terms and Conditions" were made available to Mr. Wolven on his MyTesla Account. Attached as **Exhibit 7** is a true and correct copy of the "Model S Order Agreement Used Terms and Conditions" that Mr. Wolven agreed to when he placed the order and the Agreement that was placed into his online account.

13. On July 12, 2019, Mr. Wolven executed his delivery documents. Attached as **Exhibit 8** is a true and correct copy of the final "Motor Vehicle Purchase Agreement," including Mr. Wolven's signed "Delivery Declaration." Mr. Wolven signed off on language in this Delivery Declaration stating that "By signing below, you agree that you have taken delivery of your models on or before 7/12/19 and that you agree with your final motor vehicle purchase agreement which has been uploaded to and is available in your mytesla account." In **Exhibit 8** is the "Used Vehicle Configuration" stating the customer "accepted" on "06/28/2019."

14. Tesla's Salesforce records do not show that Mr. Wolven mailed to Tesla at the address provided in his Motor Vehicle Order Agreement a request to Opt Out of the Arbitration Agreement.

### Ian Ellwood's Purchase and Agreement to Arbitrate

15. On July 25, 2018, Mr. Ellwood placed an online order for a preowned

2015 Model S 70D. Attached as **Exhibit 9** is a true and correct copy of Mr. Ellwood "Vehicle Configuration," which shows the vehicle that Mr. Ellwood placed an online order for. The "Vehicle Configuration" also states the order was placed "with electronically accepted terms."

16. As a part of the online order process, on July 25, 2018 Tesla's "Model S Order Agreement Terms and Conditions" were made available to Mr. Ellwood on his MyTesla Account. Attached as **Exhibit 10** is a true and correct copy of the "Model S Order Agreement Terms and Conditions" that Mr. Ellwood agreed to when he placed the order and the Agreement that was placed into his online account.

17. On August 11, 2018, Mr. Ellwood signed his delivery documents. Attached as **Exhibit 11** is a true and correct copy of Mr. Ellwood's signed "Delivery Declaration." Mr. Ellwood signed off on language in this Delivery Declaration stating that "By signing below, you agree that you have taken delivery of your models on or before 8.11.2018 and that you agree with your final motor vehicle purchase agreement which has been uploaded to and is available in your mytesla account." Attached as **Exhibit 11A** is a vehicle-configuration document generated on August 12, 2018 that states the customer "accepted" on "7/25/2018."

18. Tesla's Salesforce records do not show that Mr. Ellwood mailed to Tesla at the address provided in his Motor Vehicle Order Agreement a request to Opt Out of the Arbitration Agreement.

19. Attached as **Exhibit 12** is a true and correct copy of Tesla's New Vehicle Limited Warranty, which is available at www.tesla.com/sites/default/files/downloads/tesla-new-vehicle-limited-warranty-en-us.pdf.

20. Attached as **Exhibit 13** is a true and correct copy of Tesla's Used Vehicle Limited Warranty, which is available at www.tesla.com/sites/default/files/downloads/tesla-new-vehicle-limited-warranty-

en-us.pdf.

      I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct. Executed on this 3 day of December 2019 in San Francisco.

_____
Jasjit Ahluwalia