# EXHIBIT 14

# OWNERS

# RIGHTS

# NOTIFICATION

## NOTICE TO CONSUMERS

This document describes certain basic requirements established by each U.S. state regarding consumer protection laws commonly known as "Lemon Laws." These laws vary by state but states with similar regulations are grouped together.  This document is only a summary of such basic requirements and does not describe these laws in their entirety or all of your rights or remedies under these laws or any other laws.  This summary is not intended to and does not provide legal advice concerning these laws.

This summary is based upon certain laws in effect as of December 2012. For the most current information and/or additional information concerning these laws, please review your state's consumer protection laws in their entirety or contact your state attorney general's office.

Should you experience a problem with your vehicle, please contact Tesla Motors, Inc. ("Tesla") at the address or phone number below or refer to the information in the New Vehicle Limited Warranty for your vehicle:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

**NOTICE TO CONSUMERS**
**OF**

| | |
|---|---|
| **ARIZONA** | **NEW MEXICO** |
| **ALABAMA** | **OKLAHOMA** |
| **MICHIGAN** | **OREGON** |
| **MISSISSIPPI** | **SOUTH CAROLINA** |
| **MISSOURI** | **SOUTH DAKOTA** |
| | **WYOMING** |

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

In addition, to seek remedies under your state Lemon Law, you must first:

1) notify Tesla in writing at the address below, by certified mail, of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

2

**NOTICE TO CONSUMERS**
**OF**

**LOUISIANA AND UTAH**

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

**NOTICE TO CONSUMERS**
**OF**

**ALASKA**

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

To seek remedies under your state Lemon Law, you must first:

1) notify Tesla at the address below and its dealer or repairing agent in writing, by certified mail, of the problem with your vehicle before 60 days have elapsed after the expiration of your express warranty or the one-year period after the date of delivery of the motor vehicle to the original owner, whichever occurs first, and

2) provide Tesla with an opportunity to repair it.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

4

**NOTICE TO CONSUMERS**
**OF**

**ARKANSAS**

If your vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a repurchase or replacement under the Lemon Law, you must use the dispute settlement program, Tesla's third-party arbitration program administered by the National Center for Dispute Settlement, which has been certified by the Arkansas Attorney General, prior to initiating court action. However, if you choose to seek remedies under the Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

In addition, to seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified or registered mail, of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

Further information regarding your rights and obligations under Arkansas Lemon Law may be obtained by calling the Consumer Protection Division of the Office of the Arkansas Attorney General at (501) 682-6150.

## NOTICE TO CONSUMERS
## OF
## CALIFORNIA

Pursuant to California Civil Code Section 1793.2(d), if this vehicle does not conform to its applicable warranties, and Tesla has not repaired the vehicle after a reasonable number of repair attempts, you may be entitled to a replacement or refund under the Song-Beverly Consumer Warranty Act, less an offset for the mileage accumulated before the first repair of the nonconformity.

California Civil Code Section 1793.22(b) presumes that a manufacturer has had a reasonable number of repair attempts to conform the vehicle to its applicable warranties if within the first 18 months from delivery or the first 18,000 miles on the odometer, whichever occurs first, (1) Tesla has made at least two unsuccessful repair attempts on a nonconformity that results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven; OR (2) Tesla has made four or more unsuccessful repair attempts on the same nonconformity (i.e., a defect or condition that substantially impairs the use, value or safety of the vehicle); OR (3) the vehicle has been out of service for the repair of nonconformity for more than 30 calendar days. In the case of (1) or (2) above, if you want the presumption to apply, you must send written notice of the need to repair the nonconformity or non-conformities directly to Tesla at the address listed below.

Tesla offers its customers a third-party dispute resolution through an arbitration program called the California Dispute Settlement Program (CDSP) as administered by the National Center for Dispute Settlement. To be eligible for the process, the vehicle must be purchased or leased in California OR purchased or leased by a member of the armed forces who was stationed or residing in California at the time of purchase/lease or at the time the claim is filed. Whether or not you decide to submit your dispute to CDSP, you are free to pursue other legal remedies. However, certain presumptions under California's Lemon Law (15 USC Section 2310 or Civil Code 1793.22(b)) may not be available to you if you do not use the program before pursuing other legal remedies.

For additional information about the CDSP, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below. You may also contact the CDSP directly at:

**California Dispute Settlement Program**
**P.O. Box 526**
**Mt. Clemens, MI 48046**
**1-866-629-3204**

The CDSP is certified by the California Department of Consumer Affairs Arbitration Certification Program (ACP). To request additional information regarding California lemon law remedies and the offset for use, refer to the ACP's "Lemon-Aid for Consumers" booklet. You may request a copy from the ACP at 1-800-952-5210 or download it from www.LemonLaw.ca.gov.

**Additional information regarding arbitration of disputes in California is included with your new vehicle at delivery. Such information can also be obtained from:**

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

Tesla is fully committed to your satisfaction. From your first phone call or visit to a Tesla Store or Tesla's website, through the purchase and delivery of your new Tesla, to after-sales service, your satisfaction is of utmost importance to us. If you should experience a problem which has not been resolved to your satisfaction through a Tesla Service Center or our customer service team, additional assistance may be available through the California Dispute Settlement Program (CDSP) administered by the National Center for Dispute Settlement (NCDS), an independent dispute settlement service organization. CDSP will resolve your complaint through arbitration—a process by which two or more parties authorize a third party to resolve the dispute. This procedure is offered to you at no charge. The decision is binding upon Tesla, but not on you.

*What is the dispute settlement program?*
CDSP maintains an active panel of neutrals who are trained and experienced in the process. CDSP will investigate your case by reviewing the facts, inspecting the vehicle if necessary, and rendering a fair and equitable decision. You have the option of having an oral hearing either in person or via teleconference before an arbitrator, or you can have your dispute decided based upon a review of documents only before an arbitration panel.

*What types of disputes are eligible?*
CDSP arbitrates disputes involving alleged product reliability or warranty performance problems concerning your Tesla vehicle which arise during four years or 50,000 miles from the date of original delivery, whichever is earlier, or the applicable provision of Tesla's New Vehicle Limited Warranty.

However, CDSP will not arbitrate claims involving:
- A non-Tesla product
- A vehicle sales transaction
- A request for reimbursement of consequential expenses, unless incidental to a service or product complaint being reviewed
- Items not covered by your warranty
- Personal injury
- Property damage where such damage is significant when compared to the economic loss alleged under the warranty dispute
- Cases currently in litigation

You must file a request for arbitration with CDSP within six (6) months of the expiration of the eligibility period, provided the concern or alleged defect was brought to the attention of Tesla or a Tesla Service Center during the eligibility period. You may obtain a copy of the program's written operating procedures upon request and without charge by writing to CDSP at the address above or by calling 1-866-629-3204.

*How do I request arbitration?*
If you believe your concern qualifies for arbitration:
1. Request a customer claim form by contacting CDSP at 1-866-629-3204 or P.O. Box 526, Mt. Clemens, MI 48046
2. Fill out a customer claim form
3. Complete all of the information requested, including personal contact, vehicle and lessor (if applicable) information, vehicle repair history and resolution requested
4. Attach legible copies of any Repair Orders, reports of inspections, technical service bulletins, receipts or other documents related to your concern, including your letter to Tesla notifying Tesla of your concern
5. Mail to:  CDSP, P.O. Box 526, Mt. Clemens, MI 48046

*How does the arbitration process work?*
1. When CDSP receives your claim, it will be reviewed to determine whether your concern is eligible for arbitration. If it is determined that your concern is eligible for CDSP, a copy of your request will

be forwarded to Tesla for response. CDSP will send an acknowledgment letter assigning a case number. Should your case not be eligible, CDSP will mail a letter of explanation of why your concern is not eligible. Should you feel that the determination of eligibility was made in error, you have the right to appeal the determination within thirty (30) days of the notice of ineligibility to an independent three (3) member arbitration panel. The panel will consider and review any written appeals contesting the lack of eligibility at their next board meeting.

2. There is no cost to you for submitting your request to CDSP.

3. To assess your situation, CDSP will request a written statement from Tesla. You will be provided with copies of all documents CDSP receives throughout the administration of your case. Review all documents carefully when you receive them. If you find information you believe is contradictory to your original application or information you believe requires further explanation by you, **promptly** (CDSP must receive this information no later than 48 hours before your scheduled hearing) submit any additional written materials directly to CDSP at the address you received with your case or fax it to CDSP. Be sure to include your case number.

4. If you have elected an oral hearing either in person or via teleconference hearing, all evidence is admissible. In an oral hearing, you and a Tesla representative will present both sides of the case to the arbitrator. Both of you will have an opportunity to present testimony and provide documents. Then you and Tesla will be given time for rebuttal. If you request an oral hearing and if either party to the dispute fails to appear, the other party to the dispute may still present their case before the arbitrator. If you elected a "documents only" hearing, your case will be decided based upon all available information.

5. During the period that your dispute is pending, Tesla may contact you directly or through CDSP to see if your case can be settled by agreement. If a settlement is offered to you, you will be asked to sign a form that contains that settlement so that your arbitration case can be closed. There is no requirement for you to participate in this settlement process. Unless you reach settlement, your participation will not affect the handling of your case or decision of the arbitrator.

6. If the arbitrator determines that an independent technical evaluation of your vehicle is necessary to make a decision, CDSP will arrange with you for such inspection. These arrangements will be made to minimize any inconvenience to you.

7. If a technical evaluation was made, the technical expert will forward an evaluation report to CDSP. At the oral hearing, the arbitrator will listen to all testimony and review all of the available information and the applicable legal standards and render a decision within ten (10) days of a closed hearing.

The entire dispute settlement process, from the time CDSP receives your request to the time the arbitrator makes a decision, will normally take no longer than forty (40) days. To inquire about the status of your dispute, you may call toll free, 1-866-629-3204.

*What types of decisions are rendered, and how do I know if Tesla will abide by the arbitrator's decision?*
Decisions are based on what the arbitrator believes is fair and appropriate under the circumstances after applying the appropriate legal standards. Remedies include, but are not limited to, repairs; reimbursement for repair or incidental expenses, such as towing costs; or repurchase or replacement of your vehicle. The decision is binding on Tesla, but not on you. Tesla must comply with the decision within thirty (30) days after you accept it. CDSP will contact you within ten (10) days after scheduled performance to ensure that Tesla has timely complied.

*Are there limits on the scope of the arbitrator's decision?*
The CDSP decision will not award consequential expenses such as lost wages, punitive damages or attorney fees. The arbitrator cannot alter the terms of the New Vehicle Limited Warranty.

*What other recourse do I have?*
You may reject the decision and pursue any other legal remedies which you may have, including small claims court. Arbitration decisions are admissible as evidence in subsequent legal proceedings.

## NOTICE TO CONSUMERS
## OF

## COLORADO

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under the Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

In addition, to seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your vehicle using the form on the next page of this booklet (a notification form is provided on the next page to assist you); and

2) provide Tesla with an opportunity to repair it.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTIFICATION TO MANUFACTURER
## TESLA

NAME_____

ADDRESS_____

PHONE_____
                          (HOME)                                      (BUSINESS)

VEHICLE INFORMATION_____
                                    (MODEL)                          (YEAR)

--SERIAL NUMBER_____

--DATE OF PURCHASE_____

--MILEAGE_____

--SERVICING CENTER_____

NUMBER OF DAYS VEHICLE HAS BEEN OUT OF SERVICE_____

NUMBER OF ATTEMPTS TO REPAIR THE SAME CONDITION_____

DESCRIPTION OF CONCERN_____

_____

_____

_____

_____

_____

_____

_____

_____

**NOTICE TO CONSUMERS**
**OF**

**CONNECTICUT**

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of the Connecticut "Lemon Law" to a replacement or repurchase of the vehicle.

To exercise your Lemon Law rights, you must first report the condition in writing to Tesla at the address indicated below.

There may be times when Tesla may establish a special policy adjustment for your particular vehicle model which may pay for all or part of the cost of certain repairs beyond normal warranty coverage. Contact Tesla to determine if any special policy adjustments apply to your vehicle.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**National Center for Dispute Settlement**
**P.O. Box 526**
**Mt. Clemens, MI 48046**
**Attention: Vehicle Service**
**1-866-629-3204**

## NOTICE TO CONSUMERS
## OF

| DELAWARE | NEBRASKA |
|----------|----------|
| **NORTH DAKOTA** | **TENNESSEE** |

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

In addition, to seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

10

**NOTICE TO CONSUMERS**
**OF**

**DISTRICT OF COLUMBIA**

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of District of Columbia "Lemon Law" to a replacement or repurchase of the vehicle. Should you seek a replacement or repurchase under the Lemon Law, you must resort to the Board of Consumer Claims Arbitration prior to initiating court action.

In addition, to seek remedies under the Lemon Law, you must first notify Tesla of the problem with your vehicle within 18,000 miles of operation or two years of the original delivery of the vehicle, whichever is earlier.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

11

Case 8:19-cv-01422-JLS-JDE  Document 18-8  Filed 01/17/20  Page 16 of 46  Page ID #:549

**NOTICE TO PURCHASER**

IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE MANUFACTURER, ITS AGENT, OR AUTHORIZED REPRESENTATIVE IS UNABLE TO REPAIR OR CORRECT ANY NONCONFORMITY, DEFECT OR CONDITION WHICH RESULTS IN SIGNIFICANT IMPAIRMENT OF THE MOTOR VEHICLE, THE MANUFACTURER, AT THE OPTION OF THE CONSUMER, SHALL REPLACE THE MOTOR VEHICLE WITH A COMPARABLE MOTOR VEHICLE, OR ACCEPT RETURN OF THE MOTOR VEHICLE FROM THE CONSUMER AND REFUND THE CONSUMER THE FULL PURCHASE PRICE, INCLUDING ALL SALES TAX, LICENSE FEES, REGISTRATION FEES, AND ANY SIMILAR GOVERNMENT CHARGES. IF YOU HAVE ANY QUESTIONS CONCERNING YOUR RIGHTS, YOU MAY CONTACT THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS.

_____
Signature of Purchaser

*Consumer shall be provided a copy of this signed notice of his or her own records.

12

## NOTICE TO CONSUMERS
## OF

## FLORIDA

If the new motor vehicle you have purchased or leased does not conform to the manufacturer's express warranty, you may be entitled under the Florida Motor Vehicle Warranty Enforcement Act to a replacement or refund. For information about the Florida Lemon Law dispute process, call the Department of Agriculture and Consumer Services at (800) 321-5366.

To exercise your rights, you first must notify Tesla at the address below of the need to repair the defect or condition in order to allow Tesla a final attempt to cure the defect or condition. Notification must be made by certified, registered or express mail. The Motor Vehicle Defect Notification form is provided in the pamphlet "Consumer Guide to the Florida Lemon Law."

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
### OF

## GEORGIA

If during the "lemon law rights period" (which generally ends two years after the date of delivery of the vehicle or after 24,000 miles) you report to Tesla a condition that does not conform to applicable warranties, Tesla shall be allowed a reasonable number of attempts to repair and correct the nonconformity. A reasonable number of attempts shall be deemed to have been undertaken by Tesla if, during the lemon law rights period:

1) a serious safety defect has been subject to repair one time and the serious safety defect has not been corrected;

2) the same nonconformity has been subject to repair three times, and the nonconformity has not been corrected; or

3) the vehicle is out of service by reason of repair of one or more nonconformities for a cumulative total of 30 days.

If your vehicle is being repaired by Tesla on the date that the lemon law rights period expires, the lemon law rights period shall be extended until that repair attempt has been completed.

If Tesla is unable to repair and correct the nonconformity after a reasonable number of attempts, and you notify Tesla by statutory overnight delivery or certified mail, return receipt requested, of the need to repair and correct the nonconformity, Tesla shall have 28 days from its receipt of the notice to make a final attempt to repair and correct the nonconformity.

By not later than the close of business on the seventh day following receipt of notice from you, Tesla shall notify you of the location of a reasonably accessible repair facility and by not later than the close of business on the fourteenth day following Tesla's receipt of notice, you shall deliver the nonconforming new motor vehicle to the designated repair facility.

If Tesla fails to notify you of the location of a reasonably accessible repair facility within seven days of its receipt of notice, or fails to complete the final attempt to repair and correct the condition within the 28 day time period, the requirement that it be given a final attempt to repair and correct the nonconformity shall not apply. However, if you deliver the nonconforming new motor vehicle to the designated repair facility more than 14 days from the date Tesla receives notice from you, the 28-day time period shall be extended and Tesla shall have 14 days from the date the nonconforming new motor vehicle is delivered to the repair facility to complete the final attempt to repair and correct the nonconformity.

If Tesla is unable to correct a nonconformity after the final attempt, or if a vehicle has been out of service by reason of repair of one or more nonconformities for 30 days during the lemon law rights period, Tesla shall, at the option of the consumer, repurchase or replace the vehicle. You shall notify Tesla, in writing by statutory overnight delivery or certified mail, return receipt requested, of which option you elect. Tesla shall have 20 days from receipt of the notice to repurchase or replace the nonconforming vehicle.

You are also entitled to receive upon request, a copy of any report or computer reading compiled by a Tesla representative regarding inspection, diagnosis, or test-drive of your new Tesla. Each

14

time your vehicle is returned from being diagnosed or repaired under the "Lemon Law" rights period or under a warranty, Tesla shall provide you with a fully itemized, legible statement or repair order indicating any diagnosis made, and all repairs which were performed.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below. You are not required to submit to Tesla's dispute settlement program before pursuing your rights under your state "Lemon Law."

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

15

## NOTICE TO CONSUMERS
## OF

## IDAHO

IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S LEMON LAW TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS. HOWEVER, TO BE ENTITLED TO A REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT OR ITS AUTHORIZED REPRESENTATIVE OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE. YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM WHICH THE MANUFACTURER MUST OFFER IN THIS STATE.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## ILLINOIS

If, after a reasonable number of repair attempts, the new motor vehicle you have purchased does not conform to Tesla's express warranty, under the Illinois New Vehicle Buyer Protection Act you may be entitled to a new (or comparable) replacement vehicle or, upon return of the car, a refund of the full purchase price including all collateral charges, less an allowance for your actual use. It is presumed that a reasonable number of repair attempts have been made if, during one (1) year following delivery or 12,000 miles of use, whichever occurs first, there have been four or more unsuccessful attempts to repair the same nonconformity, or the vehicle has been out of service for repair of nonconformities for a total of thirty (30) or more business days.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

In addition, to exercise these legal rights, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it; and

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

17

**NOTICE TO CONSUMERS**
**OF**

| | |
|---|---|
| **INDIANA** | **NEVADA** |
| **KANSAS** | **WASHINGTON** |
| **KENTUCKY** | |

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

In addition, to seek remedies under your state Lemon Law, you must first notify Tesla in writing at the address below, by certified mail, of the problem with your vehicle; and

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

**NOTICE TO CONSUMERS**
**OF**

**IOWA**

THE PURCHASER OR LESSEE OF THIS VEHICLE IS PROTECTED UNDER THE WARRANTY PROVISIONS OF IOWA CODE CHAPTER 322G, COMMONLY REFERRED TO AS THE "LEMON LAW." IF THIS VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY DURING THE TERM OF THE WARRANTY, THE FIRST TWO YEARS OF OWNERSHIP OR THE FIRST 24,000 MILES, WHICHEVER EXPIRES FIRST, AND THE NONCONFORMITY SUBSTANTIALLY IMPAIRS THE VEHICLE, YOU MAY QUALIFY FOR A REFUND OR REPLACEMENT OF THIS VEHICLE. CONTACT THE MANUFACTURER OF THE VEHICLE IF YOU BELIEVE THE VEHICLE FAILS TO CONFORM TO THE MANUFACTURER'S EXPRESS WARRANTY. FOR FURTHER INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS UNDER CHAPTER 322G, CONTACT THE CONSUMER PROTECTION DIVISION OF THE IOWA ATTORNEY GENERAL'S OFFICE AT CONSUMER PROTECTION DIVISION, HOOVER STATE OFFICE BUILDING, DES MOINES, IOWA 50319, OR CALL (515)281-5926.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

In addition, seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing — by certified, registered or overnight mail — of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

19

# Customer Claim Form

| | FOR NCDS USE |
|---|---|
| | **CASE NUMBER** |

## CUSTOMER NAME AND ADDRESS

| ☐ Mr.<br>☐ Mrs.<br>☐ Ms. | First name                    MI                    Last name |
|---|---|
| | Street address |

| City | State | Zip code |
|---|---|---|

| Day phone: (    ) | Evening phone: (    ) | Fax: (    ) |
|---|---|---|

## VEHICLE INFORMATION

Name(s) that appears on vehicle title:

| **If vehicle is used for business:** | What percent of time is vehicle used for business purposes?              % | How many other vehicles are owned or leased by the business? |
|---|---|---|

| Make: | Model: | Year: | Current mileage: |
|---|---|---|---|

Vehicle Identification Number:  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___  ___

Selling store and address:

Dominant Servicing Center:

| *If vehicle was purchased, complete the following:* | *If vehicle was leased, complete the following:* |
|---|---|
| Purchase date:          Mileage at purchase: | Lease date:          Mileage at lease: |
| Purchased as (check):  ☐ new   ☐ used   ☐ demo   ☐ fleet | Leased as (check):   ☐ new   ☐ used   ☐ fleet |
| Are your loan payments current?   ☐ Yes   ☐ No | Are your lease payments current?   ☐ Yes   ☐ No |
| Is the vehicle in your possession?   ☐ Yes   ☐ No | Is the vehicle in your possession?   ☐ Yes   ☐ No |
| Lienholder's name & address: | Leasing company's name & address: |
| Account number: | Account number: |
| Lienholder's phone number: (    ) | Leasing company's phone number: (    ) |

## VEHICLE PROBLEM(S)

| Indicate problem. | List service center(s) that have repaired or attempted repair (include city and state). | List date, mileage and repair order number for each repair attempt. | Does the problem current exist? (circle) | |
|---|---|---|---|---|
| Example:<br>A/C won't cool properly | Autoworld, Inc.<br>Anytown, VA | 4/23/92     3,500 miles     #B73540 | yes | no |
| | | | yes | no |
| | | | yes | no |
| | | | yes | no |
| | | | yes | no |
| | | | yes | no |

**Has the vehicle been involved in an accident?**   ☐ Yes   ☐ No

If yes, date of accident: _____   Area of vehicle damaged: _____

**Resolution sought:**

_____

_____

| | Return all copies of this form to:<br><br>**National Center for Dispute Settlement**<br>**P.O. Box 688**<br>**Mt. Clemens, MI  48046** |
|---|---|

X
_____
SIGNATURE(S)                              DATE

## NOTICE TO CONSUMERS
## OF

## MAINE

**LEMON LAW INFORMATION: IF YOU HAVE SERIOUS PROBLEMS WITH THIS VEHICLE**

The Maine Lemon Law (10 M.R.S.A. §§ 1161-1169) provides free Attorney General arbitration for consumer buyers or lessees whose motor vehicle (including motorcycles and motorized RVs) is seriously defective. Under the Maine Lemon Law, you may have a right to a **refund or a replacement** of the vehicle if the following applies:

    1) There is an unrepaired defect or combination of defects which substantially impairs the use, safety, or value of your vehicle; and

    2) This unrepaired defect was reported to the dealer or manufacturer:

- during the manufacturer's express warranty; and
- within the 3 year period following the delivery date of the vehicle to the original purchaser or lessee; and
- during the first 18,000 miles of operation; and

    3)  The defect still exists or has recurred after:

- 3 or more repair attempts for the same defect; **or**
- 1 or more repair attempts for the serious failure of either the braking or steering system; **or**
- Being out of service for repairs for a cumulative total of 15 or more business days (for one or more defects); **and**
- The manufacturer had been given in writing a 7 day Final Opportunity To Repair.

---

For this vehicle you should notify the Manufacturer or its authorized dealer of the defects and the right to make a final repair.  Mail to:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

---

The Attorney General's state-run arbitration is different from any manufacturer sponsored program to which you may also be entitled. Under the state Lemon Law program, you will receive a free hearing before a neutral state Arbitrator and a decision within 45 days of acceptance of your Lemon Law application. If your vehicle is declared a Lemon, the manufacturer must refund your purchase price or replace the vehicle.

**You must apply for state-run arbitration within 3 years after delivery to the original
consumer and within the term of the manufacturer's warranty.**

THIS SHEET PROVIDES ONLY A SUMMARY OF THE MAINE LEMON LAW
To request arbitration, or to get further information contact:

The Attorney General's Lemon Law Arbitration Program
Consumer Protection Division, 6 State House Station, Augusta, ME 04333
Telephone: (207) 626-8848 or (800) 436-2131 (option 3)
e-mail: lemon.law@maine.gov
http://www.maine.gov/ag/

24

**NOTICE TO CONSUMERS**
**OF**

**MARYLAND**

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

To seek remedies under the Lemon Law, you must first:

    1) notify Tesla at the address below, by certified mail, return receipt requested, of the problem with your vehicle; and

    2) provide Tesla with an opportunity to repair it.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## MASSACHUSETTS

"LEMON LAW" INFORMATION:
IF YOU HAVE SERIOUS PROBLEMS WITH THIS VEHICLE

The Massachusetts "Lemon Law," M.G.L. c.90, S., 7N1/2, provides protection for consumers who have serious problems with their new vehicle.

UNDER THE LEMON LAW, YOU HAVE A RIGHT TO A REFUND OR REPLACEMENT OF THE VEHICLE IF:

1) There is a substantially defect(s), AND

2) The defect still exists or has recurred after either:

   a) three or more repair attempts for the same defect; or

   b) being out of service by reason of repair for any combination of defects for a cumulative total of 15 or more business days, within one year or 15,000 miles (whichever comes first) after original delivery; AND

3) The manufacturer has been notified of the defect and given one final repair attempt of no more than seven business days.

IF THE MANUFACTURER DOES NOT REFUND OR REPLACE THE VEHICLE, YOU HAVE A RIGHT TO HAVE YOUR CASE ARBITRATED BY A STATE-CERTIFIED ARBITRATOR.

This state-certified arbitration is different from any manufacturer-sponsored program to which you may also be entitled. Under the state program, you will be sent a decision within 45 days of when your request for arbitration is accepted.

Under the law, you must request state-certified arbitration within 18 months of original delivery of the vehicle.

THIS PAGE PROVIDES ONLY A SUMMARY OF YOUR RIGHTS.

To request arbitration or to get further information, contact:

**Office of Consumer Affairs and Business Regulation**
**One Ashburton Place**
**Boston, MA 02108**
**Lemon Law Information (617)727-7780, 1-888-238-3757**

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement.

For information about the dispute settlement program, see the New Vehicle Limited Warranty
for your vehicle or contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## MINNESOTA

**IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S "LEMON LAW" TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS. HOWEVER, TO BE ENTITLED TO REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT OR ITS AUTHORIZED REPRESENTATIVE OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE. YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM WHICH THE MANUFACTURER MUST OFFER IN MINNESOTA.**

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute settlement program prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies under your state Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## MONTANA

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

To seek remedies under the Lemon Law, you must first notify Tesla at the address indicated below, by certified mail, of the problem with your vehicle.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## STATE OF NEW HAMPSHIRE
## MOTOR VEHICLE ARBITRATION BOARD

The New Hampshire New Motor Vehicle Arbitration Law, RSA 367-D, applies to new motor vehicles sold or leased (for two or more years) and/or registered in the State of New Hampshire. A new motor vehicle is defined as a passenger vehicle, motorcycle or truck with a gross vehicle weight not exceeding 9,000 pounds.

If, during the express warranty period, you discover a defect which substantially impairs the use, market value or safety of this vehicle, and it has not been successfully repaired after three repair attempts by the manufacturer, its agent or an authorized representative, or it has been out of service for repair of one or more nonconformities, defects or conditions for a cumulative total of 30 business days, you may be entitled to apply for a comparable replacement or a refund of purchase price plus incidental damages less a reasonable allowance for use.

For a repair attempt to qualify, you must obtain a written repair order. Neither the manufacturer or any agent of the manufacturer (including an authorized service center) may refuse to provide you with a written repair order at your request.

The vehicle is deemed to be out of service if it is in for repair for a majority of the day.

You cannot use the New Motor Vehicle Arbitration Law if you elect to use the manufacturer's dispute settlement mechanism.

You may not use the New Motor Vehicle Arbitration Law if you have stopped making payments on any lease or financing agreement because of the vehicle's condition.

The New Hampshire Motor Vehicle Arbitration Program includes other eligibility requirements which you must meet to qualify.

Forms for proceeding before the New Hampshire Motor Vehicle Arbitration Board should be included with your new vehicle at delivery.

For information regarding your rights under the New Motor Vehicle Arbitration Law or for additional forms, contact the **New Hampshire Motor Vehicle Arbitration Board, 10 Hazen Drive, Concord, New Hampshire 03305, telephone (603)271-6383**.

You may also wish to contact Tesla at the following address:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## NEW JERSEY

**IMPORTANT: IF THIS VEHICLE HAS A DEFECT THAT SUBSTANTIALLY IMPAIRS ITS USE, VALUE OR SAFETY OR THAT IS LIKELY TO CAUSE DEATH OR SERIOUS BODILY INJURY IF DRIVEN, AND WAS PURCHASED, LEASED OR REGISTERED IN NEW JERSEY, YOU MAY BE ENTITLED UNDER NEW JERSEY'S LEMON LAW TO A REFUND OF THE PURCHASE PRICE OR YOUR LEASE PAYMENTS.**

**Here is a summary of your rights:**

**1. To qualify for relief under the New Jersey Lemon Law, you must give the manufacturer or its dealer the opportunity to repair or correct the defect in the vehicle within the Lemon Law's term of protection, which is the first 24,000 miles of operation or two years after the vehicle's original date of delivery, whichever is earlier.**

**2. If the manufacturer or its dealer is unable to repair or correct a defect within a reasonable time, you may be entitled to return the vehicle and receive a full refund, minus a reasonable allowance for vehicle use.**

**3. It is presumed that the manufacturer or its dealer is unable to repair or correct the defect if substantially the same defect continues to exist after the manufacturer has received written notice of the defect by certified mail, return receipt requested, and has had a final opportunity to correct the defect or condition within 10 calendar days after receipt of the notice. This notice must be received by the manufacturer within the term of protection and may be given only after (i) the manufacturer or its dealer has had two or more attempts to correct the defect; (ii) the manufacturer or its dealer has had at least one attempt to correct the defect if the defect is one that is likely to cause death or serious bodily injury if the vehicle is driven; or (iii) the vehicle has been out of service for repair for a cumulative total of 20 or more calendar days, or in the case of a motor home, 45 or more days.**

**4. If substantially the same defect continues to exist after the manufacturer has had the final opportunity to repair or correct the defect, you may file an application for relief under New Jersey's Lemon Law.**

**FOR COMPLETE INFORMATION REGARDING YOUR RIGHTS AND REMEDIES UNDER THE RELEVANT LAW, INCLUDING THE MANUFACTURER'S ADDRESS TO GIVE NOTICE OF THE DEFECT, CONTACT THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, AT POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, TEL. NO. (973) 504-6226.**

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

31

**IMPORTANTE: SI ESTE VEHICULO TIENE UN DEFECTO QUE SUBSTANCIALMENTE AFECTA SU USO, VALOR O SEGURIDAD, O QUE PUEDE CAUSAR MUERTE O SERIO DANO CORPORAL SI SE MANEJA, Y FUE COMPRADO, ARRENDADO O REGISTRADO EN NUEVA JERSEY, USTED PUEDE TENER EL DERECHO BAJO LA LEY DE LIMON DEL ESTADO DE NUEVA JERSEY A UN REEMBOLSO DEL PRECIO DE COMPRA O A LOS PAGOS DE SU ARRENDAMIENTO.**

**Aqui le damos un sumario de sus derechos:**

**1. Para calificar por compensacion bajo la Ley de Limon de Nueva Jersey, usted debe darle al fabricante o a su concesionario la oportunidad de reparar o corregir el defecto del vehiculo dentro del termino de proteccion bajo la Ley de Limon, que son las 24,000 millas primeras de operacion o dos anos despues de la fecha original de la entrega del vehiculo o lo que suceda primero.**

**2. Si el fabricante o su concesionario no puede arreglar o corregir el defecto dentro de un tiempo razonable, usted puede tener el derecho de devolver el vehiculo y recibir un reembolso completo, menos un descuento por el uso del vehiculo.**

**3. Si se supone que el fabricante o su concesionario no puede reparar o corregir el defecto y si substancialmente el mismo defecto continua existiendo despues que el fabricante ha recibido un aviso del defecto, mandado por correo certificado con recibo de retorno, y ha tenido una oportunidad final para corregir el defecto o condicion dentro de los 10 dias naturales despues de recibir el aviso. Este aviso tiene que ser recibido por el fabricante dentro del termino de proteccion y solo se puede dar despues que (i) el fabricante o su concesionario ha intentado dos o mas veces de corregir el defecto; (ii) el fabricante o su concesionario ha intentado por lo menos una vez de corregir el defecto si el defecto es uno que puede causar la muerte o serio dano corporal si el vehiculo se maneja; o (iii) el vehiculo ha estado fuera de servicio por reparos por una acumulacion total de 20 dias naturales o mas, o en el caso de una casa rodante motorizada (*motorhome*) de 45 dias o mas.**

**4. Si substancialmente el mismo defecto continua existiendo despues que el fabricante ha tenido la ultima oportunidad de reparar o corregir el defecto, usted puede presentar una solicitud para compensacion bajo la Ley de Limon de Nueva Jersey.**

**PARA INFORMACION COMPLETA ACERCA DE SUS DERECHOS Y RECURSOS BAJO ESTA LEY, INCLUYENDO LA DIRECCION DEL FABRICANTE PARA NOTIFICARLE EL DEFECTO, PONGASE EN CONTACTO CON: NEW JERSEY DEPARTAMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, NUMERO DE TELEFONO: 973-504-6226.**

**Tesla ofrece a sus clientes arbitraje de terceros a través del programa de solución de controversias, un servicio de resolución de la queja administrado por el National Center for Dispute Settlement. Para obtener información acerca del programa de solución de controversias, consulte la Garantía Limitada de Vehículo Nuevo para su vehículo o contacte:**

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

### STATE OF
### NEW YORK
### NOTICE TO CONSUMERS

**"NEW CAR LEMON LAW BILL OF RIGHTS"**

(1) **IN ADDITION TO ANY WARRANTIES OFFERED BY THE MANUFACTURER, YOUR NEW CAR, IF PURCHASED AND REGISTERED IN NEW YORK STATE, IS WARRANTED AGAINST ALL MATERIAL DEFECTS FOR EIGHTEEN THOUSAND MILES OR TWO YEARS, WHICHEVER COMES FIRST.**

(2) **YOU MUST REPORT ANY PROBLEMS TO THE MANUFACTURER, ITS AGENT OR AUTHORIZED DEALER.**

(3) **UPON NOTIFICATION, THE PROBLEM MUST BE CORRECTED FREE OF CHARGE.**

(4) **IF THE SAME PROBLEM CANNOT BE REPAIRED AFTER FOUR OR MORE ATTEMPTS; OR IF YOUR CAR IS OUT OF SERVICE TO REPAIR A PROBLEM FOR A TOTAL OF THIRTY DAYS DURING THE WARRANTY PERIOD; OR IF THE MANUFACTURER OR ITS AGENT REFUSES TO REPAIR A SUBSTANTIAL DEFECT OR CONDITION WITHIN TWENTY DAYS OF RECEIPT OF NOTICE SENT BY YOU TO THE MANUFACTURER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED; THEN YOU MAY BE ENTITLED TO EITHER A COMPARABLE CAR OR A REFUND OF YOUR PURCHASE PRICE, PLUS LICENSE AND REGISTRATION FEES, MINUS A MILEAGE ALLOWANCE ONLY IF THE VEHICLE HAS BEEN DRIVEN MORE THAN 12,000 MILES. SPECIAL NOTIFICATION REQUIREMENTS MAY APPLY TO MOTOR HOMES.**

(5) **A MANUFACTURER MAY DENY LIABILITY IF THE PROBLEM IS CAUSED BY ABUSE, NEGLECT OR UNAUTHORIZED MODIFICATIONS OF THE CAR.**

(6) **A MANUFACTURER MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE IF THE PROBLEM DOES NOT SUBSTANTIALLY IMPAIR THE VALUE OF YOUR CAR.**

(7) **IF A MANUFACTURER HAS ESTABLISHED AN ARBITRATION PROCEDURE, THE MANUFACTURER MAY REFUSE TO EXCHANGE A COMPARABLE CAR OR REFUND YOUR PURCHASE PRICE UNTIL YOU FIRST RESORT TO THE PROCEDURE.**

(8) **IF THE MANUFACTURER DOES NOT HAVE AN ARBITRATION PROCEDURE, YOU MAY RESORT TO ANY REMEDY BY LAW AND MAY BE ENTITLED TO YOUR ATTORNEY'S FEES IF YOU PREVAIL.**

(9) **NO CONTRACT OR AGREEMENT CAN VOID ANY OF THESE RIGHTS.**

(10) **AS AN ALTERNATIVE TO THE ARBITRATION PROCEDURE MADE AVAILABLE THROUGH THE MANUFACTURER, YOU MAY CHOOSE TO SUBMIT YOUR CLAIM TO AN INDEPENDENT ARBITRATOR, APPROVED BY THE ATTORNEY GENERAL. YOU MAY HAVE TO PAY A FEE FOR SUCH ARBITRATION.**

**CONTACT YOUR LOCAL CONSUMER OFFICE OR ATTORNEY GENERAL'S OFFICE TO FIND OUT HOW TO ARRANGE FOR INDEPENDENT ARBITRATION.**

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

Should you seek a replacement or repurchase under the Lemon Law, you must use either the dispute settlement program or your state arbitration board prior to initiating court action. However, if you choose to seek remedies under the Lemon Law which are not created by the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## NORTH CAROLINA

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the
vehicle after a reasonable number of attempts, or the vehicle has been out of service for a
specified number of days, you may be entitled under the provisions of your state "Lemon Law"
to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute
settlement program prior to initiating court action. The dispute settlement program is a third-
party arbitration service administered by the National Center for Dispute Settlement. However, if
you choose to seek remedies under your state Lemon Law which are not created by the
Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that
option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited
Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

In addition, to seek remedies under your state Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your
   vehicle; and

2) provide Tesla with an opportunity to repair it.

Also, should you wish to bring a court action against Tesla, you must provide Tesla with written
notice of this intent, via certified or registered mail to the address listed below, at least 10 days
prior to filing such suit.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

# NOTICE TO CONSUMERS
## OF

## OHIO

**IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A REPLACEMENT OR TO COMPENSATION.**

## NOTICE

**OHIO LAW REQUIRES YOU TO USE A QUALIFIED ARBITRATION PROGRAM BEFORE SUING THE MANUFACTURER OVER NEW CAR WARRANTY DISPUTES. FAILURE TO ARBITRATE YOUR CLAIM MAY PRECLUDE YOU FROM MAINTAINING A LAWSUIT UNDER SECTION 1345.75 OF THE REVISED CODE.**

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement.

If the arbitrator's decision is not satisfactory to you, you may pursue a refund or replacement through the Ohio court system.

For information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact:

**Tesla Motors, Inc.
3500 Deer Creek Road
Palo Alto, California 94304
Attention: Vehicle Service
1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## PENNSYLVANIA

If the new motor vehicle you have purchased does not conform to the manufacturer's express warranty, the Pennsylvania Automobile Lemon Law provides that the manufacturer may have to replace it or pay you a refund, at your option.

If you discover a defect that substantially impairs the use, value or safety of this vehicle, contact the manufacturer or its authorized service and repair facility immediately.

Your Lemon Law rights only cover defects which occur within one year of delivery, 12,000 miles of use or the term of the express warranty, whichever comes first.

The law states that it is reasonable for the manufacturer or its agent to make up to three separate attempts to correct the same defect.

After three unsuccessful repair attempts, or after a total of 30 days in which the vehicle is out of service for repair, you may be entitled to a comparable replacement vehicle or a refund of the purchase price less an allowance for your actual use.

If a dispute arises concerning a defect, you must resort to the dispute settlement program, a third-party complaint resolution service offered by Tesla and administered by the National Center for Dispute Settlement. However, if you choose to seek remedies which are not created by either the Lemon Law or the Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that option is still available to you.

The manufacturer must provide you with an itemized statement of all repair work performed when your vehicle is returned from service. Keep these records for future reference.

For more information, contact the Office of Attorney General, Bureau of Consumer Protection, Strawberry Square, 14th Floor, Harrisburg, Pennsylvania 17120.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## NOTICE TO CONSUMERS
## OF

## RHODE ISLAND

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under the Lemon Law, you must use either the dispute settlement program or the arbitration procedure established by Rhode Island's Consumer Council prior to initiating court action. The dispute settlement program is a third-party arbitration service administered by the National Center for Dispute Settlement. However, if you choose to seek remedies which are not created by either the Lemon Law or the Magnuson-Moss Warranty Act, you need not use the dispute settlement program or the procedure established by the Rhode Island Consumer Council, although the option of using the dispute settlement program is still available to you.

To seek remedies under the Lemon Law, you must provide Tesla with one final repair attempt.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

38

## NOTICE TO CONSUMERS
## OF

## TEXAS

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the vehicle after a reasonable number of attempts, or the vehicle has been out of service for a specified number of days, you may be entitled under the provisions of your state "Lemon Law" to a replacement or repurchase of the vehicle.

Should you seek a replacement or repurchase under your state Lemon Law, you must resort to the Texas Motor Vehicle Commission's resolution process prior to initiating court action.

In addition, to seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your vehicle; and

2) provide Tesla with an opportunity to repair it.

Tesla offers its customers third-party arbitration through the dispute settlement program, a complaint resolution service administered by the National Center for Dispute Settlement. For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## STATE OF
## VERMONT
## NOTICE TO CONSUMERS
## NEW MOTOR VEHICLE ARBITRATION

The Vermont Lemon Law applies to new motor vehicles. A motor vehicle is defined as "a passenger motor vehicle which is purchased or leased, or registered in the state of Vermont and shall not include tractors, motorized highway building equipment, road-making appliances, snowmobiles, motorcycles, motor driven cycles, or the living portion of recreation vehicles, or trucks with a gross vehicle weight rating (GVWR) over 12,000 pounds. A "new motor vehicle" means a passenger motor vehicle which is still under the manufacturer's express warranty." 9 V.S.A. Sections 4171 (6) and (9).

You may be entitled to apply for a comparable replacement vehicle or prorated refund if you discover a defect during the express warranty period that has not been successfully repaired after three repair attempts by an authorized dealer. The first repair must occur within the express warranty.

An alternative way of filing is if this vehicle has been out of service for repair for a cumulative total of thirty (30) calendar days within the express warranty. The vehicle is considered to be out of service if it is in control of an authorized dealer for the majority of each day.

A consumer may file a Demand with fewer than three unsuccessful repair attempts or fewer than thirty days out of service for a safety or other reason which meets the reasonable repair threshold.

Written repair orders or examination reports must be obtained to attain the presumption

of reasonable repair.

You will explain at the hearing how the defect(s) or condition(s) substantially impairs the use, market value or safety of the vehicle.

The Lemon Law may not be used if you elect to file a claim with the manufacturer's dispute settlement mechanism or if you have discontinued vehicle payments.

The New Motor Vehicle Arbitration program includes other eligibility criteria.

Forms to initiate the New Motor Vehicle Arbitration process should be included with your new vehicle upon delivery. They may also be obtained via http://dmv.vermont.gov or by contacting:

### NEW MOTOR VEHICLE ARBITRATION
### VERMONT DEPARTMENT OF MOTOR VEHICLES
### ENFORCEMENT & SAFETY
### 120 STATE STREET
### MONTPELIER, VT 05603-0001

### TELEPHONE: 802-828-2943  FAX: 802-828-2092

**E-Mail: DMV-LemonLaw@state.vt.us**
**TELECOMMUNICATIONS RELAY SERVICE, TTYITDD: 771**


For additional information about Tesla's dispute settlement program, see the New Vehicle Limited Warranty for your vehicle.  You may also wish to contact Tesla at the following address:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

# NOTICE TO CONSUMERS
## OF

## VIRGINIA

If this vehicle does not conform to its applicable warranties and Tesla has not repaired the
vehicle after a reasonable number of attempts, or the vehicle has been out of service for a
specified number of days, you may be entitled under the provisions of your state "Lemon Law"
to a replacement or repurchase of the vehicle.

To seek remedies under the Lemon Law, you must first:

1) notify Tesla at the address below in writing, by certified mail, of the problem with your
   vehicle; and

2) provide Tesla with an opportunity to repair it.

There may be times when Tesla may establish a special policy adjustment for your particular
vehicle model which may pay for all or part of the cost of certain repairs beyond normal warranty
coverage. Call Tesla at the number below to determine whether any special policy adjustments
apply to your vehicle.

Tesla offers its customers third-party arbitration through the dispute settlement program, a
complaint resolution service administered by the National Center for Dispute Settlement. For
additional information about the dispute settlement program, see the New Vehicle Limited
Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

For additional information about the dispute settlement program, see the New Vehicle Limited
Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**

## STATE OF
## WEST VIRGINIA
## NOTICE TO CONSUMERS

**IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A
REPLACEMENT OR TO COMPENSATION. HOWEVER, TO BE ENTITLED TO A REPLACEMENT OR
TO COMPENSATION, YOU MUST FIRST NOTIFY THE MANUFACTURER OF THE PROBLEM IN
WRITING AND PROVIDE THE MANUFACTURER WITH AN OPPORTUNITY TO REPAIR THE
VEHICLE.**

Should you seek a replacement or repurchase under the Lemon Law, you must use the dispute
settlement program prior to initiating court action. The dispute settlement program is a third-
party arbitration service administered by the National Center for Dispute Settlement. However, if
you choose to seek remedies under your state Lemon Law which are not created by the
Magnuson-Moss Warranty Act, you need not use the dispute settlement program, although that
option is still available to you.

For additional information about the dispute settlement program, see the New Vehicle Limited
Warranty for your vehicle or contact Tesla at the address or toll-free number below.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.
3500 Deer Creek Road
Palo Alto, California 94304
Attention: Vehicle Service
1-877-79-TESLA (1-877-798-3752)**

## STATE OF
## WISCONSIN
## NOTICE TO CONSUMERS

If the new motor vehicle you have purchased does not conform to its written warranty, you may
be entitled to a replacement or refund under Wisconsin's "Lemon Law." That law states that a
consumer may claim and receive a refund or replacement vehicle if all of the following are true:

1) The new vehicle has a condition or defect covered by the vehicle's warranty that
   substantially impairs the vehicle's use, value or safety.

2) The condition or defect is not the result of abuse, neglect or unauthorized modification or
   alteration of the motor vehicle by the consumer.

3) Before the warranty expires or within one year of delivery, whichever is sooner:

   A. the same defect is subject to repair by the manufacturer, motor vehicle lessor or
      authorized representative at least four times and the problem continues; or

   B. the motor vehicle is out of service for a total of 30 days because of defects covered
      by the vehicle's warranty. The 30 days need not be consecutive.

Tesla offers its customers third-party arbitration through the dispute settlement program, a
complaint resolution service administered by the National Center for Dispute Settlement
(NCDS). Dispute settlement program decisions are binding on Tesla but not on the consumer.
Tesla will comply with the decision within 30 days after receiving notice of the consumer's
acceptance. The decisions and findings of NCDS are admissible as evidence in any court
action.

For additional information about the dispute settlement program, see the New Vehicle Limited
Warranty for your vehicle or contact Tesla at the address or toll-free number indicated below.

There may be times when Tesla may establish a special policy adjustment for your particular
vehicle model which may pay for all or part of the cost of certain repairs beyond normal warranty
coverage. Call Tesla at the number below to determine whether any special policy adjustments
apply to your vehicle.

If you have any concerns or questions regarding your vehicle, please contact:

**Tesla Motors, Inc.**
**3500 Deer Creek Road**
**Palo Alto, California 94304**
**Attention: Vehicle Service**
**1-877-79-TESLA (1-877-798-3752)**