UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:19-cv-01422-JLS-JDE                                   Date: January 31, 2020
Title: Hugh Nguyen v. Tesla, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION (Doc. 15)**

   Defendant Tesla Inc.'s Motion to Compel Arbitration (Doc. 15) is currently set for hearing on February 14, 2020, at 10:30 a.m. In light of the Court's calendar, on the Court's own motion, the hearing on the Motion is CONTINUED to April 3, 2020, at 10:30 a.m.

                                                                                        Initials of Preparer:  tg