UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:19-cv-01422-JLS-JDE                                      Date: April 02, 2020
Title: Hugh Nguyen v. Tesla, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MOTION TO COMPEL ARBITRATION UNDER SUBMISSION (Doc. 15)**

   Before the Court is Defendant Tesla, Inc.'s Motion to Compel all Plaintiffs to Individual Arbitration and to Dismiss the Action, currently set for hearing on April 3, 2020, at 10:30 a.m. (Mot., Doc. 15.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing set for April 3, 2020, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

Initials of preparer: tg