UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-01422-JLS-JDE                                   Date: July 23, 2020
Title: Hugh Nguyen v. Tesla, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                     Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION (Doc. 23)**

   Before the Court is Plaintiffs' Motion for Reconsideration, currently set for hearing on July 24, 2020, at 10:30 a.m.  (Mot., Doc. 23.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for July 24, 2020, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                                                       Initials of preparer: tg