Edward C. Chen (SBN 312553)
echen@yklaw.us
YK LAW LLP
300 Spectrum Center Dr., Ste 400
Irvine, CA 92618
Telephone: (949) 754-2862
Facsimile: (626) 385-6060

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH NGUYEN, TODD WOLVEN, IAN ELLWOOD, E'RIKA BROCK, individuals, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., d/b/a/ TESLA MOTORS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 8:19-CV-01422-JLS-JDE<br><br>**JOINT STATUS REPORT** |

Plaintiffs Hugh Nguyen, Todd Wolven, Ian Ellwood, and E'rika Brock ("Plaintiffs") and Defendant Tesla, Inc. ("Tesla") hereby jointly submit this Joint Status Report pursuant to this Court's April 26, 2020 Order Granting in Part Defendant's Motion to Compel Arbitration and Staying Proceedings Pending Arbitration. (Dkt. 21).

On August 24, 2020, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, regarding this Court's July 24, 2020 Order Denying Plaintiffs' Motion for Reconsideration (Dkt. 28). Plaintiffs' appeal was docketed and assigned an appeal docket case number, No. 20-55873. (Dkt. 30).

On August 31, 2020, a clerk order was filed, requiring Plaintiffs to move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. (App. Dkt. 2). On September 21, 2020, Plaintiffs filed a response to the order to show cause. (App. Dkt. 3). On October 1, 2020, Defendant filed a reply. (App. Dkt. 4).

The parties are currently awaiting a ruling from the Ninth Circuit regarding jurisdiction over Plaintiffs' appeal.

Dated: October 5, 2020  **YK LAW LLP**

By: /s/ *Edward C. Chen*
Edward C. Chen
*Attorneys for Plaintiffs*

Dated: October _, 2020  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Eric Y. Kizirian*
Eric Y. Kizirian
*Attorneys for Defendant*

**ECF ATTESTATION**

I, Edward C. Chen, am the ECF user whose ID and password are being used to file the foregoing JOINT STATUS REPORT. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Eric Y. Kizirian, counsel for Defendant Tesla, Inc. and I shall maintain records to support this concurrence for subsequent production for the Court is so ordered or for inspection upon request by a party.

Dated: October 5, 2020                    YK LAW LLP

                                          By:   /s/ *Edward C. Chen*
                                                Edward C. Chen
                                                *Attorneys for Plaintiffs*