UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HUGH NGUYEN; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>TESLA, INC., a Delaware corporation, DBA Tesla Motors, Inc.,<br><br>    Defendant - Appellee. | No. 20-55873<br><br>D.C. No. 8:19-cv-01422-JLS-JDE<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

  The judgment of this Court, entered November 20, 2020, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT

              By: Quy Le
              Deputy Clerk
              Ninth Circuit Rule 27-7