1  Vahe Khojayan (SBN261996)
2  YK Law, LLP
3  445 S. Figueroa Street, Ste 2280
   Los Angeles, CA 90071
4  Tel: 213-401-0970
5  Fax:  213-529-3044
   Email: vkhojayan@yklaw.us
6
7  Attorneys for Plaintiff
8
9
10                    UNITED STATES DISTRICT COURT
11       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
12

| | |
|---|---|
| 13 | Case No.: 8:19-cv-01422-JLS-JDE |
| HUGH NGUYEN, | |
| 14 | Hon: Josephine L. Staton |
| Plaintiff, | |
| 15 | |
| 16 | |
| 17    vs. | **STIPULATION DISMISSING THE ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| 18 | |
| 19 | |
| TESLA, INC., | |
| 20 | |
| 21    Defendant | |
| 22 | |
| 23 | |
| 24 | |

25
26
27
28
        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff  Hugh Nguyen, by and
   through his undersigned counsel of record, and Defendant Tesla. Inc. hereby

                                    1

**STIPULATION DISMISSING THE ENTIRE ACTION WITH PREJUDICE**

1  stipulate to dismiss this action as against all defendants with prejudice, with each

2  party to bear its own attorneys' fees and costs.

3

4  DATED: August 8, 2022          YK Law, LLP

5

6                                  /s/ Vahe Khojayan   .

7                                   Vahe Khojayan,

8                                  Attorney for Plaintiff

9

10

11  DATED:  August 1, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13                                  /s/ Shahram Nassi         .

14                                  SHAHRAM NASSI

15                                  ATTORNEYS FOR DEFENDANT TESLA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION DISMISSING THE ENTIRE ACTION WITH PREJUDICE**