# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH NGUYEN,<br><br>          Plaintiff,<br><br>vs.<br><br><br>TESLA, INC.,<br><br>          Defendant | Case No.: 8:19-cv-01422-JLS-JDE<br><br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

# ORDER

Pursuant to the Stipulation Dismissing the Entire Action with Prejudice (Doc. 36) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby orders as follows:

1. This case is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE